```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  JEREMY GAUTHIER,                  ) Case No. SACV 07-0476-SJO(RC)
                                      )
12              Petitioner,           )
                                      )  JUDGMENT
13  vs.                               )
                                      )
14  DEBRA DEXTER (WARDEN) ET AL.,     )
                                      )
15              Respondents.          )
                                      )
16
17       Pursuant to the Order of the Court adopting the findings,
18  conclusions, and recommendations of United States Magistrate Judge
19  Rosalyn M. Chapman,
20
21       IT IS ADJUDGED that the petition for writ of habeas corpus is
22  denied and the action is dismissed with prejudice.
23
24       DATE:    8/19/08
25                                      /S/ S. James Otero
                                            S. JAMES OTERO
26                                     UNITED STATES DISTRICT JUDGE
    R&R\07-0467.jud
27  7/14/08
28
```